1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
9/17/2009

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,       )   No. CR 05-00700-JW
                                    )
15              Plaintiff,          )
                                    )   STIPULATION AND ORDER
16        v.                        )   RESCHEDULING STATUS HEARING
                                    )   AND EXCLUDING TIME
17  THI HUONG KHUC,                 )
                                    )
18              Defendant.          )
                                    )
19  _____)
    UNITED STATES OF AMERICA,       )   No. 09-00732-JW
20                                  )
                Plaintiff,          )
21                                  )
          v.                        )
22                                  )
    THI HUONG KHUC,                 )
23                                  )
                Defendant.          )
24  _____)

25

26     IT IS HEREBY STIPULATED by the undersigned that the status hearing in the two above-

27  entitled cases, currently scheduled for Monday, September 21, 2009 at 1:30 p.m., be vacated and

28  rescheduled for Monday, September 28, 2009 at 1:30 p.m.  The parties further stipulate that the

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME
CR 05-00700-JW and CR 09-00732-JW**

court may exclude the period of time from September 21, 2009 through and including September 28, 2009 from the computation of the period of time within which the trial must commence in both cases for the reasons set forth in the proposed order below.

It is so stipulated.

Dated: _9/16/09_____           _____/s/_____
                                    JOHN N. GLANG
                                    Assistant United States Attorney

Dated: __9/16/09_____           _____/s/_____
                                    BRUCE C. FUNK, ESQ.
                                    Attorney for Thi Huong Khuc

## **ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in the two above-entitled cases, previously scheduled for Monday, September 21, 2009 at 1:30 p.m., be vacated and rescheduled for Monday, **October 5, 2009**   at 1:30 p.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from September 21, 2009 through and including **October 5, 2009**   from the computation of the period of time within which the trial must commence in both cases. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the defendant to continue to utilize the same Vietnamese-language interpreter who has previously been utilized in these cases; the need to provide counsel for the defendant time to review the proposed plea agreements tendered by the government, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: September 17, 2009            _____/s/ James Ware_____
                                    JAMES WARE
                                    United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 05-00700-JW and CR 09-00732-JW**                    2