1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
7  Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov
8
9  Attorneys for Plaintiff

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
10/2/2009

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 05-00700-JW
                                     )
15           Plaintiff,              )
                                     )   STIPULATION AND ORDER
16      v.                           )   RESCHEDULING STATUS HEARING
                                     )   AND EXCLUDING TIME
17  THI HUONG KHUC,                  )
                                     )
18           Defendant.              )
                                     )
19                                   )
    UNITED STATES OF AMERICA,        )   No. 09-00732-JW
20                                   )
             Plaintiff,              )
21                                   )
        v.                           )
22                                   )
    THI HUONG KHUC,                  )
23                                   )
             Defendant.              )
24  _____  )

25

26
       IT IS HEREBY STIPULATED by the undersigned that the status hearing in the two above-
27
    entitled cases, currently scheduled for Monday, October 5, 2009 at 1:30 p.m., be vacated and
28
    rescheduled for Monday, October 19, 2009 at 1:30 p.m.  The parties further stipulate that the

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME
CR 05-00700-JW and CR 09-00732-JW**

1  court may exclude the period of time from October 5, 2009 through and including October 19,
2  2009 from the computation of the period of time within which the trial must commence in both
3  cases for the reasons set forth in the proposed order below.
4  It is so stipulated.

6  Dated: September 24th, 2009          /s/ _____
                                        JOHN N. GLANG
7                                       Assistant United States Attorney

8  Dated: September 24th, 2009          /s/ _____
                                        BRUCE C. FUNK, ESQ.
9                                       Attorney for Thi Huong Khuc

## ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in the two above-entitled cases, previously scheduled for Monday, October 5, 2009 at 1:30 p.m., be vacated and rescheduled for Monday, October 26, 2009 at 1:30 p.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from October 5, 2009 through and including October 26, 2009 from the computation of the period of time within which the trial must commence in both cases. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the defendant to continue to utilize the same Vietnamese-language interpreter who has previously been utilized in these cases; the need to provide counsel for the defendant time to review the proposed plea agreements tendered by the government, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: October 2, 2009               _____
                                     JAMES WARE
                                     United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 05-00700-JW and CR 09-00732-JW**               2