1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5084

7 | Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

8

Attorneys for Plaintiff

IT IS SO ORDERED AS MODIFIED

*Signature* Judge James Ware

4/15/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>THI HUONG KHUC,<br><br>            Defendant. | No. CR 05-00700-JW<br><br>STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>THI HUONG KHUC,<br><br>            Defendant. | No. 09-00732-JW |

IT IS HEREBY STIPULATED by the undersigned that the sentencing hearing in the two above-entitled cases, currently scheduled for Monday, April 26, 2010 at 1:30 p.m., be vacated and rescheduled for Monday, May 10, 2010.  The continuance is necessary because the draft

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE
CR 05-00700-JW and CR 09-00732-JW**

1  copy of the Presentence Report in the two above-entitled cases was not completed and disclosed
2  to the parties until April 14, 2010.

4  It is so stipulated.

6  Dated: 04-14-10                          _____/s/_____
                                            JOHN N. GLANG
7                                           Assistant United States Attorney

8  Dated: 04-14-10                          _____/s/_____
9                                           BRUCE C. FUNK, ESQ.
                                            Attorney for Thi Huong Khuc

12                                **ORDER**
13     Based upon the stipulation of the parties, it is hereby ordered that the sentencing hearing in
14  the two above-entitled cases, previously scheduled for Monday, April 26, 2010 at 1:30 p.m., be
15  vacated and rescheduled for Monday, May 10, 2010 at 1:30 p.m.
16  The Court will not entertain further requests for continuance. This is the parties' final request for
    continuance.
17  Dated: __April 15, 2010__                _____/s/ James Ware_____
18                                           JAMES WARE
                                             United States District Judge

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 05-00700-JW and CR 09-00732-JW**              2